**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**  6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE  GREENBELT, MARYLAND  20770
  301-344-0632


MEMORANDUM

TO:  Counsel of Record

FROM:  Judge Peter J. Messitte

RE:  Fakhri v. Marriott Hotels International, Inc.
  Civil No. PJM 14-840

DATE:  July 5, 2016

\* \* \*

On Friday, July 1, 2016, Marriott filed a Notice of the Cour d'Appel of Versailles' decision, with a certified English translation included in Exhibit A, per the Court's instructions at the June 20, 2016 hearing.  The Court has reviewed the decision of the Cour d'Appel and would like to give parties the opportunity to comment on the decision, if desired.

Accordingly, parties **MAY** file a letter to the Court of no more than five (5) pages by Friday, July 15, 2016 as to the impact, if any, of the Cour d'Appel's decision on their positions with regard to the pending Motions to Dismiss.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.


  /s/
  PETER J. MESSITTE
  UNITED STATES DISTRICT JUDGE

cc:  Court File